IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES of AMERICA, : : : | |
| v. : : | CRIMINAL ACTION |
| ERIC WARREN : : | No. 06-541 |

**O R D E R**

**AND NOW**, this 2nd day of November, 2011, upon consideration of Defendant Eric Warren's Pro Se Motion for Sentence Reduction Under the FSA Pursuant to § 3582(c)(2) (Docket No. 57) and the Government's response thereto (Docket No. 59), it is hereby **ORDERED** that Defendant's Motion is **DENIED**.

BY THE COURT:

　/s/ Gene E.K. Pratter　
GENE E.K. PRATTER
United States District Judge